| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Gary R. | Northern District of Florida | 06/02/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (full-time) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

401 SE 1st Avenue
Suite 383
Gainesville
Florida, 32601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | N. Central Florida Chapter Federal Bar Association |
| 2. | Editor-Eleventh Circuit Representative | The Federal Courts Law Review |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Gary R. | 06/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | HCA-North Florida Regional Medical Center - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Bar | 6/24/15-6/25/15 | Boca Raton, Florida | Participant Federal Judicial Roundtable at Florida Bar Meeting | Lodging, Meals, Transportation |
| 2. | Bernstein Inst. of Human Rights NYU Law and Human Rights Inst, Columbia Law School | 11/13/15-11/15/15 | Manhasset, N.Y. | International Human Rights and Humanitarian Law Conference | Lodging, Meals, Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Gary R. | 06/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NAVIENT - Department of Education Loan Services | Student Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Gary R. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 2. Fidelity Equity Dividend Income Fund | A | Distribution | J | T | | | | | |
| 3. Fidelity New Millenium Fund | A | Distribution | J | T | | | | | |
| 4. Fidelity Municipal Money Market Fund | A | Interest | J | T | | | | | |
| 5. Fidelity Mid Cap Fund | A | Distribution | K | T | | | | | |
| 6. Fidelity Int'l. Discovery Fund | A | Distribution | J | T | | | | | |
| 7. Fidelity Diversified Int'l. Fund | A | Distribution | J | T | | | | | |
| 8. Fidelity Disciplined Equity Fund | A | Distribution | K | T | | | | | |
| 9. Fidelity Stock Selector Fund | A | Distribution | J | T | | | | | |
| 10. Fidelity Magellan Fund | B | Distribution | K | T | | | | | |
| 11. Fidelity Puritan Fund | A | Distribution | K | T | | | | | |
| 12. Virtus Growth & Inc. Fund-A | A | Dividend | K | T | | | | | |
| 13. Fidelity Independence Fund | A | Distribution | K | T | | | | | |
| 14. Vanguard Explorer Fund Admiral Shares | C | Distribution | L | T | | | | | |
| 15. Vanguard Dividend Growth Fund | A | Distribution | K | T | | | | | |
| 16. HCA Rewards 401(k) Plan (x) | | | | | | | | | |
| 17. 25-To-Go-Fund (x) | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Large Co. Value Index Fund (x) | | None | J | T | | | | | |
| 19. Large Co. Growth Index Fund(x) | | None | J | T | | | | | |
| 20. Diversified Inv. Advisors TFLIC Guaranteed Pool Fund | A | Interest | J | T | | | | | |
| 21. Regions Bank Accounts | A | Interest | L | T | | | | | |
| 22. Real Estate-Unimproved Land, Alachua County, Florida (x) ($160,000) | | None | M | R | Buy | 03/20/15 | M | | Debra G. Clarke, Trustee |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Gary R. | 06/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII-Line 16.  The 401(K) Retirement Plan previously was listed on prior reports as Lifetimes-HCA 401(K) Plan. The current and correct name of the plan is HCA Rewards HCA 401(K) Plan. The plan is not self directed but rather paricipants can select from designated investment funds divided into three tiers.

Part VII-Line 17.  This line (25-To-Go-Fund) dsicloses one of the tiered investment funds in the HCA Rewards 401(K) Plan. In prior reports this investment was not listed but instead was aggregated in the listing for Lifetimes-HCA 401(K) Plan. No income is reported because the plan reports total value and does not provide income figures for individual participants.

Part VII-Line 18. This line (Large Value Index Fund) dislcoses one of the tiered funds in the HCA Rewards 401(K) Plan. In prior reports this investment was not listed but instead was aggregated in the listing for Lifetimes-HCA 401(K) Plan. No income is reported because the plan reports total value and does not provide income figures for individual participants.

Part VII-Line 19. This line (Large Company Growth Index Fund) discloses one of the tiered funds in the HCA Rewards 401(K) Plan. In prior reports this investment was not listed but instead was aggregated in the listing for Lifetimes-HCA 401(K) Plan. No income is reported because the plan reports total value and does not provide income figures for individual participants.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Gary R. | 06/02/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary R. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544